RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967

Attorney for Defendant
IVAN LUQUE LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 05-0803-SBA |
| Plaintiff, | |
| vs. | **STIPULATION TO PERMIT EXTENSION OF BRIEFING SCHEDULE** |
| IVAN LUQUE LOPEZ, | _____ |
| Defendant. / | |

    Defendant Ivan Luque Lopez, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Kimberly Briggs hereby stipulate and agree that defendant's Motion for Discovery, previously due for filing on June 13, 2008, may be filed on June 17, 2008.

///
///
///
///

1  The government brief shall be due on June 29, 2008 and any reply brief shall be due by
2  July 3, 2008.

Date: June 17, 2008                         /s/ Randy Sue Pollock
                                            RANDY SUE POLLOCK
                                            Counsel for Defendant
                                            IVAN LUQUE LOPEZ


Date: June 17, 2008                         /s/ Kimberly Briggs
                                            KIMBERLY BRIGGS
                                            Assistant United States Attorney


SO ORDERED:

Date: June 18, 2008                         _____
                                            SAUNDRA BROWN ARMSTRONG
                                            UNITED STATES DISTRICT JUDGE