RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

Attorney for Defendant
IVAN LUQUE-LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00803 SBA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE DATE FOR PLEA AND SENTENCING** |
| IVAN LUQUE-LOPEZ, | |
| Defendant. | |

Defendant Ivan Luque-Lopez, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Kimberly Briggs, hereby agree to extend the date for plea and sentencing in this matter from May 12, 2009 until June 9, 2009 at 10 a.m.

This continuance is at the request of defense counsel who is still in trial in the Eastern District of California before Judge Frank C. Dammrel, Jr. in United States vs. Sekhon, et al., CR. 06-0058-FCD. The trial is not expected to end until mid-June.

///

///

///

The time period from May 12, 2009 to May 26, 2009 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(**7**)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial. Additionally, pursuant to 18 U.S.C. Section 3161(h)(**7**)(B)(ii) given the fact that plea agreements are being considered, it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the time limits established by the Speedy Trial Act.

Dated: May 10, 2009         /s/ Randy Sue Pollock
                            RANDY SUE POLLOCK
                            Attorney for Defendant
                            IVAN LUQUE-LOPEZ

Dated:  May 10, 2009        /s/ Kimberly Briggs
                            KIMBERLY BRIGGS
                            Assistant United States Attorney

SO ORDERED:

Dated: May <u>12</u>, 2009     SAUNDRA BROWN ARMSTRONG
                            United States District Court Judge