RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
**IVAN LUQUE-LOPEZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR05-00803 SBA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE DATE FOR PLEA AND SENTENCING** |
| IVAN LUQUE-LOPEZ, | |
| Defendant. | |

Defendant Ivan Luque Lopez, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Kimberly Briggs, hereby agree to extend the date for plea and sentencing in this matter from June 9, 2009 to July 7, 2009.

Defense counsel is still in trial in the Eastern District of California in *United States vs. Sekhon, et al., CR. 06-0058*, a multi-defendant case that commenced on March 10, 2009.  It is expected that the case will go to jury to begin deliberations on June 22, 2009..

The time period from June 9, 2009 to July 7, 2009 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.   Additionally, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(i) and Section

1 | 3161(h)(7)(B)(iv) given the nature of the prosecution, the need for continuity of counsel,
2 | and the fact that plea agreements are being considered, it is unreasonable to expect
3 | adequate preparation for pretrial proceedings and for the trial within the time limits
4 | established by the Speedy Trial Act.

Dated: June 8, 2009

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Attorney for Defendant
**IVAN LUQUE-LOPEZ**

Dated:  June 8, 2009

/s/ Kimberly Briggs
KIMBERLY BRIGGS
Assistant United States Attorney

SO ORDERED:

Dated: June  8 , 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Court Judge